UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| | § | |
| PELCO BUILDERS, INC. | § | BANKRUPTCY NO.: 26-11608 (AMC) |
| | § | |
| DEBTOR. | § | |
| | § | |

**NOTICE OF TELEPHONE NUMBER FOR SECTION 341(A) MEETING OF CREDITORS**

The Section 341(a) Meeting of Creditors will be held telephonically on

**Friday, May 22, 2026, at 1:00 p.m. (ET).**

Any party wishing to participate may call the conference line at that time at

**888-330-1716 access code 3684976.**

ANDREW R. VARA
United States trustee
for Regions 3 and 9


By:     */s/ John H. Schanne*
John H. Schanne, Trial Attorney
Office of the United States Trustee
Robert N.C. Nix Sr. Federal Bldg.
900 Market Street, Room 320
Philadelphia, PA 19107
Telephone: (215) 597-4411
E-Mail: John.Schanne@usdoj.gov

DATED: April 20, 2026