IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| PELCO BUIDERS, INC. | : | |
|      Debtor | : | BANKRUPTCY NO.  26-11608 (AMC) |
| | : | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance in the above-captioned bankruptcy proceeding on behalf of Creditors Synergy Glass & Door Service, LLC, Lamps.com, Inc., d/b/a Illuminate, Probuild Company d/b/a Builders FirstSource, and Leonard A. Windish, Esquire pursuant to Bankruptcy Rules 2002 and 9010 and requests that all notices given or required to be given in this case, and all papers served and required to be served in this case, be given to and served upon the undersigned at the address noted below.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules designated above, but also includes (without limitation) orders and notices of any application, motion, petition, pleading, request, complaint or demand of any type pertaining to the above-captioned bankruptcy proceeding:

Leonard A. Windish, Esquire
1835 Market Street, Suite 1215
Philadelphia, PA  19103


LEONARD A. WINDISH, P.C.

Dated: April 30, 2026

<i>s/ Leonard A. Windish</i>
Leonard A. Windish
Counsel for Creditors
Synergy Glass & Door Service, LLC
Lamps.com, Inc., d/b/a Illuminate
Probuild Company LLC, d/b/a Builders FirstSource
Leonard A. Windish, Esquire
1835 Market Street, Suite 1215
Philadelphia, Pennsylvania 19103
Phone:  (215) 979-7605
lenwindish@verizon.net
Pa. State Bar No. 76460

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER 11
PELCO BUIDERS, INC.                       :
       Debtor                             :        BANKRUPTCY NO.  26-11608 (AMC)
                                          :

**CERTIFICATE OF SERVICE**

I, Leonard A. Windish do hereby certify that a true and correct copy of the within Notice

of Appearance and Request for Notice has been sent to all parties in this matter on this 30th day

of April 2026, via ECF.

Albert Anthony Ciardi III
Ciardi Ciardi & Astin
1905 Spruce Street
Philadelphia, PA 19103
Counsel for Debtor

Andrew R. Vara
c/o John H. Schanne, Trial Attorney
Office of the United States Trustee
Robert N.C. Nix Sr. Federal Bldg.
900 Market Street, Room 320
Philadelphia, PA 19107
Bankruptcy Trustee

LEONARD A. WINDISH, P.C.

Dated:  April 30, 2026            *s/ Leonard A. Windish*
                                 Leonard A. Windish
                                 Counsel for Creditors
                                 Synergy Glass & Door Service, LLC
                                 Lamps.com, Inc., d/b/a Illuminate
                                 Probuild Company LLC, d/b/a Builders FirstSource
                                 Leonard A. Windish, Esquire
                                 1835 Market Street, Suite 1215
                                 Philadelphia, Pennsylvania 19103
                                 Phone:  (215) 979-7605
                                 lenwindish@verizon.net
                                 Pa. State Bar No. 76460